1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, State Bar No. 160460
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
8   Fax: (916) 324-5205

9  Attorneys for Defendant de Roca
   SA2004104053

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARMANDO CUEVAS, et al.,** | CASE NO. CIV-S-04-2092 MCE GGH |
| Plaintiffs, | **STIPULATION FOR PROTECTIVE ORDER** |
| v. | |
| **JON DE ROCO, et al.** | |
| Defendants. | |

IT IS STIPULATED BY THE PARTIES AND ORDERED BY THE COURT AS FOLLOWS:

### A.  THE ITEMS SUBJECT TO THIS PROTECTIVE ORDER CONSIST SOLELY OF PHOTOGRAPHS OF DEFENDANT DE ROCO

During the course of discovery, Plaintiffs requested photographs of Defendant de Roco. Defendant de Roco is a parole agent whose duties include investigating and locating parolees at large, i.e., convicted felons on parole who have absconded. Such investigations could be impeded if his identify were widely known. The material subject to this stipulation for protective order includes only photographs of Defendant de Roco.

**B.  CONDITIONS FOR RELEASE OF SUBJECT PHOTOGRAPHS**

Defendant de Roco will produce photographs of himself, subject to this protective order, on the following conditions:

1. The subject photographs may be disclosed only to the following persons:

    (a) Plaintiffs and their counsel of record in this action;

    (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel for Plaintiffs;

    (c) Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation for the trial in this action;

    (d) Any outside expert or consultant retained by Plaintiffs' counsel for purposes of this action;

    (e) Witnesses to whom the subject photographs may be disclosed during or in preparation for a deposition taken in this matter or otherwise during the preparation for trial and trial, provided that the witness may not leave any deposition with copies of any of the confidential material, and shall be informed and agree to be bound by the terms of this order;

2. Plaintiffs' counsel and his legal assistants and consultants shall not make copies of the subject photographs except as necessary for purposes of this litigation.

3. The subject material in possession of Plaintiffs' counsel shall be destroyed or returned to the de Roco's counsel within 20 days of the time it is no longer needed for purposes of this litigation.

4. The subject photographs obtained by Plaintiffs' counsel shall not be disclosed except as is necessary in connection with this or related litigation, including appeals, and not for any other purpose, including any other litigation.

/ / /

/ / /

/ / /

STIPULATION FOR PROTECTIVE ORDER
2

5.  The provisions of this order shall remain in full force and effect until further order of this Court.

IT IS SO STIPULATED.

Dated: April 29, 2005               /s/  Mark A. Miller
                                    MARK A. MILLER
                                    Law Office of Miller & Simonds
                                    Attorney for Plaintiffs
                                    Cuevas and Burlette


Dated: April 29, 2005               /s/ Franklin G. Gumpert
                                    FRANKLIN G. GUMPERT
                                    Barkett & Gumpert
                                    Attorney for Defendants
                                    Neves, Horn, Cook, Starr, and Golmitz


Dated: April 29, 2005               /s/ David A. Carraso
                                    DAVID A. CARRASCO
                                    Office of the Attorney General
                                    Attorney for Defendant de Roco

IT IS SO ORDERED

Dated: 5/4/05

                                    /s/ Gregory G. Hollows
                                    _____
                                    U.S. Magistrate Judge

cuevas2092.po04