**RODERICK L. MacKENZIE, # 85806**
**MacKENZIE & BRODY**
1107 2nd Street, Suite 330
Sacramento, California 95814
Telephone: (916) 448-6436
Facsimile: (916) 446-3433

Attorneys for Plaintiffs
ARMANDO CUEVAS and HEATHER BURLETTE


**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
P. O. Box 661448
Sacramento, CA 95866-1448
Telephone: (916) 849-2480
Facsimile: (916) 570-3660

Attorneys for Defendant COUNTY OF EL DORADO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CUEVAS and HEATHER BURLETTE,<br><br>  Plaintiffs,<br><br>vs.<br><br>JON DEROCO, et al.,<br><br>  Defendants. | No. CIV.S-04-2092 MCE-GGH<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER<br><br>[Rule 41(a)(1)(A)(ii)] |

///

///

///

///

///

///

IT IS HEREBY STIPULATED between the parties, Plaintiffs ARMANDO CUEVAS and HEATHER BURLETTE and Defendant COUNTY OF EL DORADO, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the entire action shall be dismissed, with prejudice.

DATED: February 26, 2010     LAW OFFICE OF MacKENZIE & BRODY

By: /s/ Roderick L. MacKenzie
RODERICK L. MacKENZIE, # 85806
Attorneys for Plaintiffs
ARMANDO CUEVAS and HEATHER BURLETTE

DATED: February 25, 2010     BARKETT & GUMPERT
Attorneys at Law

By: /s/ Franklin G. Gumpert
FRANKLIN G. GUMPERT, #66051
Attorneys for Defendant COUNTY OF EL DORADO

**ORDER**

The parties having stipulated and good cause appearing therefor, the above-referenced matter is hereby dismissed in its entirety. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE